IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED - CLERK
U.S. DISTRICT COURT

05 MAY 18 PM 4: 31

TX EASTERN - BEAUMONT

BY ___td___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:05-CR- 70 |
| | * | Judge Cobb |
| MICHAEL RAY HARRISON | * | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

On or about May 5, 2005, in the Eastern District of Texas, MICHAEL RAY HARRISON, Defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: a Davis Industries, Model D38 .38 caliber derringer, bearing serial number D061528, a Ruger, Super Blackhawk, .44 caliber revolver, bearing serial number 86-90093, a Savage, Model 110, 30-06 caliber rifle, serial number F271648, a Sears, Model 1, Single shot .22 caliber rifle, bearing no serial number, a Harrington & Richardson, .410 caliber shotgun, serial number HH501860X, and a Volunteer Arms, 20 gauge shotgun, serial number 753523, and Defendant had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
GRAND JURY FOREMAN

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

_____
ROBERT L. RAWLS
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:05-CR- 70 |
| | * | |
| MICHAEL RAY HARRISON | * | |

## NOTICE OF PENALTY

### COUNT 1

**Violation**: 18 USC § 922(g)(1) (Felon in Possession of a Firearm)

**Penalty**: Not more than 10 years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three years.

**Mandatory assessment**: $100.00