IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 1:05-CR-70 |
| | * | |
| MICHAEL RAY HARRISON | * | Judge Cobb |

NOTICE OF SENTENCE ENHANCEMENT

Take notice that in accordance with Title 18, United States Code, Section 924(e), the United States intends to prove that **MICHAEL RAY HARRISON**, defendant herein, has at least (3) previous convictions by Courts for violent felonies or serious drug offenses, or both, and as such, if convicted of a violation of Title 18, United States Code, Section 922(g), the penalty range for such case shall be a fine not more than $250,000.00 and imprisonment not less than fifteen (15) years and, notwithstanding any other provision of law, the Court shall not suspend the sentence of, or grant a probationary sentence to, the defendant with respect to the conviction under Section 922(g), and the defendant shall not be eligible for parole with respect to the sentence imposed under Section 924(e).

The defendant's previous convictions for violent felonies or serious drug offenses include the following:

    (1)    CHARGE:  BANK ROBBERY (COUNT 2)
              COURT:    CAUSE NUMBER CR-81-338 RHS, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

        SENTENCE: NINE (9) YEARS
        DATE OF OFFENSE: AUGUST 27, 1981
        DATE OF JUDGMENT: OCTOBER 9, 1981;

(2)    CHARGE: AGGRAVATED ASSAULT ON A PEACE OFFICER
       COURT: CAUSE NUMBER 57764, 252nd JUDICIAL DISTRICT
                COURT OF JEFFERSON COUNTY, STATE OF TEXAS
       SENTENCE: TEN (10) YEARS
       DATE OF OFFENSE: NOVEMBER 2, 1990
       DATE OF JUDGMENT: MARCH 30, 1992; and

(3)    CHARGE: AGGRAVATED ASSAULT (SERIOUS BODILY INJURY)
       COURT: CAUSE NUMBER 71418, 252nd JUDICIAL DISTRICT
                COURT OF JEFFERSON COUNTY, STATE OF TEXAS
       SENTENCE: SIX (6) YEARS
       DATE OF OFFENSE: JANUARY 21, 1996
       DATE OF JUDGMENT: APRIL 5, 2000.

                              Respectfully submitted,

                              MATTHEW D. ORWIG
                              UNITED STATES ATTORNEY

                              /s/ Robert L. Rawls

                              ROBERT L. RAWLS
                              ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was provided to Frank Henderson, Assistant Federal Public Defender by electronic means on this the 7th day of July, 2005.

                              /s/ Robert L. Rawls
                              _____
                              ROBERT L. RAWLS
                              ASSISTANT UNITED STATES ATTORNEY