| | | | | |
|---|---|---|---|---|
| DATE | 6-28-06 | | CASE NUMBER | 1:05-CR-70 |
| LOCATION | Beaumont Division | | USA | Robert Rawls      Assigned |
| JUDGE | MARCIA A. CRONE | | VS |      Appeared |
| DEPUTY CLERK | Druann Wiley | | | |
| RPTR/ECRO | Wendell Parks | | | MICHAEL RAY HARRISON |
| TAPE # | | | | Defendant |
| USPO | Robert Blanco | | | Frank Henderson |
| INTERPRETER | | | | Attorney |
| BEGIN | 10:35 a.m. | | | |

## SENTENCING

**T**. . . . . Sentencing held      **9** . . . . . Interpreter sworn

**T**. . . . . Court adopts presentence report    25 minutes Total time in court   **T** Non Evidentiary   ☐ Contested

☐ . . . . . Court adopts presentence report w/exception of:

☐ . . . . . Court departs from guidelines   ☐ on motion of the govt      ☐ other:

Plea accepted.

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 327 mos. | Waived | | | 5 years | | | $100.00 |
| | | | | | | | | |

**SPECIAL CONDITIONS** .

**T**      Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local crime and shall not illegally possess a controlled substance.

**T** . . . . Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

**T**. . . . . Dft shall not possess a **firearm** or other destructive device.

**T**. . . . . Dft shall provide the probation officer with access to any requested **financial information**.

**T**. . . . . Dft shall participate in a program of **testing and treatment for drug abuse**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

**T**      Within 15 days of release, defendant shall submit to a drug test, and at least two random tests thereafter as directed by the probation officer.

**T**. . . . . Dft shall cooperate in the collection of DNA as directed by the Bureau of Prisons staff or the pr**obation officer.**

**T**. . . . . . Dft remanded to the USM.     Denial of any Federal benefits for a period of    years .

. . . . . . Dft shall not incur new credit charges or open additional lines of credit without approval from USPO

. . . . Count    of the Indictment    dismissed as to Robert Fontenot on the motion of the United States.

**T**. . . . **Dft advised of right to appeal & court appointed counsel.**

**T**. . . . Presentence Report Sealed.    P.S.I. (Sentencing Portion Only) Sealed.          **T** …. Minutes filed.

Mr. Henderson discussed the defendant's objections. Mr. Rawls responded. Objection 1 overruled Objection 2 overruled. Remaining objections overruled. Mr. Henderson requested sentence be at low end of the Guidelines. At defendant's request, court will recommend substance abuse treatment, and El Reno, Oklahoma, facility. Defendant requests another attorney be appointed for appeal. Mr. Rawls moved for return of the guns seized to the owner. Court will grant the motion and enter order.

**CRIM 92-118**      ☐ See reverse/attached for additional proceedings     11:00 a.m.     Adjourn